IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE GUERRA,

      Petitioner,

      v.

M. MARTEL, Warden,

      Respondent.

_____/

No. C 10-04800 CW

JUDGMENT

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner Jose Guerra's Petition for Writ of Habeas Corpus is denied and that each party bear their own costs of action.

Dated at Oakland, California, this 7th day of March, 2014 .

RICHARD W. WIEKING
Clerk of Court

By: _____
Deputy Clerk